AO 442 (Rev. 12/85) Warrant for Arrest AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JOSEPH SPITALERI

## WARRANT FOR ARREST

CASE NUMBER 00 - 6309

CR - SEITZ

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOSEPH SPITALERI

Name MAGISTRATE JUDGE GARBER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, money laundering conspiracy, money laundering

in violation of Title 18 United States Code, Section(s) 1962(d), 1956(h), 1956

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | 10/24/00 - Fort Lauderdale, Florida |
| Signature of Issuing Officer | Date and Location |
| PSS | BARRY S. SELTZER |
| Bail fixed at $ 250,000 Corporate Surety Bond with Nebbia | by UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |