**COURT MINUTES – FORT LAUDERDALE**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER

CASE NO: 00-6309-CR-Seitz

DFT: Joseph Spitaleri (J)#   ATTNY: Brian Bieber

USA: Brian McCormick/Diana Fernandez

VIOL: 18:1962,1963,1955,1956,1957, 1511,894,892

AGENT: _____

BOND REC: 250,000 CSB w/Nebbia

PROCEEDING: Initial Appearance   COUNSEL APPOINTED: _____

BOND HEARING HELD – (yes) no

BOND SET @ $ 200,000 PSB   as set in 00-6206-cr-Seitz

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

✓ 1) Do not violate any law.
✓ 2) Appear in court as directed.
✓ 3) Surrender and/or do not obtain passports/travel documents.
✓ 4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
✓ 5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
✓ 8) No contact with victims/witnesses.
✓ 9) No firearms.
✓ 10) Curfew — House arrest except for ct. appearances
✓ 11) Travel extended to: SD/FL
12) Halfway House ___
Electronic Monitoring ___

reside at current address, no illegal drugs or excessive alcohol

A – advised of charges

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

JUDGE: _____   TIME: _____   DATE: _____

NEXT COURT APPEARANCE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: (held)
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 10-26-00   TIME: 11:00am

TAPE # 00-086   PG # 6
625-820