

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6309-CR-Seitz

UNITED STATES OF AMERICA

vs
Joseph Spitaleri

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  1027-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and co~~urt-appoi~~nted/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:             Address:  See bond

                       Telephone:

DEFENSE COUNSEL:       Name:    Brian Beiber

                       Address:

                       Telephone:

BOND SET/CO~~NTINUED~~:   $    200,000 PSB

Bond hearing held:  yes  X   no____  Bond hearing set for _____

Dated this  27  day of   October  , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services