AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSEPH SPITALERI

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309

CR-SEITZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSEPH SPITALERI**

Name **MAGISTRATE JUDGE GARBER**

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, money laundering conspiracy, money laundering

in violation of Title **18** United States Code, Section(s) **1962(d), 1956(h), 1956**

CLARENCE MADDOX — Name of Issuing Officer
Signature of Issuing Officer: Jenny Butler

COURT ADMINISTRATOR\CLERK OF THE COURT — Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida — Date and Location

Bail fixed at $ 250,000 Corporate Surety Bond with Nebbia

by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft Lauderdale, FL | | |
| DATE RECEIVED 10/24/2000 | NAME AND TITLE OF ARRESTING OFFICER James A Tassone, USM | SIGNATURE OF ARRESTING OFFICER Ed Purchase, SDUSM |
| DATE OF ARREST 10/27/2000 | | |