SEALED

# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by _____ D.C.

OCT 27 2000

CLERK, U.S. DIST. CT.
S. D. OF FLA. MIAMI

Case No. 00-6309-Cr          Date 10/27/00          **Unsealed** 11/8/00

Clerk L. Webb          Reporter R. Kaufman

USPO No          Interpreter No

UNITED STATES OF AMERICA v. Steve Roffa, et al.

AUSA W. Beckerleg          Defense Counsel _____

Defendant(s): Present _____ Not Present X In Custody _____

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____ Time _____ For _____

149/8

```
[Docket]                    CIVIL/CRIMINAL                    [06/09/2000]
4. Queries                     Docketing


   Docket #  : 0:00-cr-6309                                    BLG
   Short Title: USA                    v. Raffa
   Type: cr        Judge: Seitz              Magistrate:
   ----------------------------------------------------------------------

   ----------------------------------------------------------------------
              Summary of Event that Created the Document

   Filed       Entry Date  Last Update        History ID     Docketed by
   10/27/00    11/1/00     **/**/**            4266734           sp
        +-------------------------------------------------------+
        SEALED DOCUMENT



     +viewing docket text-------------------------------------+
   Transaction: kseal doc -/ ~/ - - -

    Command mode (? for commands)
```

Attached to D.E. # ___149___