**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  00-6309-CR-Seitz

UNITED STATES OF AMERICA,

Plaintiff.

v. Joseph Spitaleri

Defendant.

ORDER ON INITIAL APPEARANCE

Language  English

Tape No.  00-

AUSA  Fernandez/McCormick

Agent  _____

The above-named defendant having been arrested on ____ 10-26-00 ____ , having appeared before the court for initial appearance on ____ 10-26-00 ____ and proceedings having been held in accordance with F R C P. 5 or 40(a), it is thereupon

ORDERED as follows:

1. ____ Brian Bieber ____ appeared as permanent/temporary counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____ ,20 ____ .

4. Arraignment/Preliminary/Removal/Identity hearing is set for ____ held ____ ,20 ____ .

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for _____ ,20 ____ .

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:

   $200,000 PSB _____


This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: ____ times a week by phone ____ times a week in person; other: _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____

NOV 1 3 20

Rec'd in Misc Dkt

219

- 1 -

_____ i. Comply with the following additional special conditions of this bond: _____ _____

_____ _____ _____ _____

_____ _____ _____ _____

This bond was set :   At Arrest          _____

On Warrant          _____

After Hearing          _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ _____ _____

_____ _____ _____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at  Ft. Lauderdale this 1 ____ day of  November .20 00 .

(nunc pro tunc 10/26/00)

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
WHITE to Court file
BLUE to defendant
GREEN to Assistant U.S. Attorney
YELLOW to Counsel
PINK to U.S. Marshal
GOLD to Pretrial Services

SD F M-1
Rev 01 00