UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309 -SEITZ

UNITED STATES OF AMERICA,         :

v.                                :         NOTICE OF PERMANENT
                                            APPEARANCE AS COUNSEL
                                  :         OF RECORD

JOSEPH SPITALERI                  :

COMES NOW __Brian H. Bieber__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED 2/6/01

Attorney Brian H. Bieber
Address 2600 Douglas Rd. PH-1
City Coral Gables  State FL  Zip 33134
Telephone 305 445-5320
Florida Bar No. 8140

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel