UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-Cr-Seitz(s)
Garber

UNITED STATES OF AMERICA,

vs.

Joseph Spitaleri

ORDER ON HEARING TO REPORT RE COUNSEL

FILED by __ 01 FEB -6 PM 3:29

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__ Private counsel __Brian Bieber Esq.__ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this __6th__ day of __February__, 2001.

TAPE NO. 2001H-7-1200
AUSA __Wilfredo Ferrer__
Defense Counsel
Pretrial Services or Probation
U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'