UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

JOSEPH SPITALERI
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 18642-004
Language: English

    The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

            Tel. No:

Defense Counsel:   Name: Brian Bieber Esq.
            Address: 2600 Douglas Rd. PH-1
                  Coral Gables, Fl 33134
            Tel. No: 305-445-5320

Bond Set/Continued:    $200,000 PSB

DATED this 6th day of FEBRUARY, 2001.

          CLARENCE MADDOX, CLERK,

          BY   NANCY J. FLOOD
                Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1200

