UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

JOSEPH SPITALERI,

_____/

## NOTICE RESETTING CHANGE OF PLEA

PLEASE TAKE NOTICE that the Change of Plea in the above matter is reset for **June 4, 2001, at 9:00 a.m.**

DATED: May 9, 2001

                                        By Order of the Court
                                        Clarence Maddox, Clerk

                                        By _____
                                                 Deputy Clerk

Copies to:
Brian McCormick, AUSA

Brian Bieber, Esq.
2600 South Douglas Road
Suite PH1
Coral Gables, FL 33134

