CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C
JUN 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr        Date 6/4/01
Clerk L. Webb             Reporter D. Ehrlich
USPO _____          Interpreter No
USPTS _____

AUSA D. Fernandez         Def. Atty. B. Bieber

United States of America v. Joseph Spitaleri

Defendant(s): Present  X    Not Present ____   In Custody No
Reason for Hearing: Change of plea to Count 1

Results of Hearing: Adjudicated guilty, PSI ordered, referred to probation. Δ to remain on bond.

Misc. _____