UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-SEITZ

        Plaintiff,

v.

JOSEPH SPITALERI,

        Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE CASES FOR SENTENCING PURPOSES ONLY

THIS CAUSE, having come before the Court upon Defendant's Unopposed Motion to Consolidate Cases for Sentencing Purposes Only, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that said Motion be, and the same is hereby _denied_.

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida, this 12th day of June, 2001.

                                            _Patricia A. Seitz_
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Brian H. Bieber, Esq.
Larry Lavecchio, AUSA
Brian McCormick, AUSA