UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN MAMONE, et al.

    Defendant.
_____/



## ORDER GRANTING MOTION TO DEPOSIT $20,000.00 OF GOLD COAST CHECK CASHING, INC. WITH THIS COURT'S REGISTRY

THIS MATTER is before the Court upon the United States' motion seeking an order requiring the deposit of the $20,000.00 held in the escrow account of Harry M. Solomon, Esq., Counsel for Gold Coast Check Cashing, Inc. into this Court's registry. The Court having reviewed the motion, the response thereto and the record in this matter, it is

ORDERED and ADJUDGED that:

1. The motion is GRANTED. Gold Coast Check Cashing, Inc. through its counsel Harry Solomon, Esq. shall deposit forthwith with this Court's registry the $20,000.00 released to them in the escrow account of Harry M. Solomon, Esq. in the South Carolina case of <u>United States of America v. Alliance Trust, et al.</u>, Case No. 6:00-236-13.

2. The $20,000.00, as an interest of Gold Coast Check Cashing, Inc. are subject to the protective order issued by this Court on October 27, 2000.

3. The $20,000.00 shall be deposited by the Clerk of this Court into an interest-bearing account and shall remain there pending forfeiture proceedings and/or any further order of this Court.

DONE and ORDERED in Miami, Florida, this 2nd day of July, 2001.

_Patricia A. Seitz_
HONORABLE PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
AUSA William H. Beckerleg, Jr.
AUSA J. Brian McCormick
Harry Solomon, Esq.
Counsel for Gold Coast Check Cashing, Inc.