UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMOME, et al.,
_____/



FILED by _____ D.C.

JUL 1 8 2001

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

## NOTICE RESETTING STATUS CONFERENCE

PLEASE TAKE NOTICE that the Status Conference set for July 24, 2001, at 8:30 a.m. is

**CANCELED**, and is reset for **September 18, 2001, at 8:30 a.m.**

DATED: July 18, 2001

By Order of the Court
Clarence Maddox, Clerk

By _____
Deputy Clerk

Copies to:
See attached Service List

SERVICE LIST
00-6309-CR-SEITZ, USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

David Rothman, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for John Mamone*

John R. Howes, Esq. (CJA)
633 S.E. 3rd Avenue
Suite 4F
Fort Lauderdale, FL 33301
*Counsel for Fred Morgenstern*

Ana Jhones, Esq. (CJA)
330 Biscayne Blvd.
Suite 625
Miami, FL 33132
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Don Spadaro, Esq.
1000 South Federal Highway
Suite 103
Fort Lauderdale, FL 33316
*Counsel for Julius Chiusano*

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for Michael Buccinna*

Michael Tarre, Esq.
Counsel for Jeffrey Bass
2 South Biscayne Blvd.
Suite 3250
Miami, FL 33131
*Counsel for Jeffrey Bass*

John F. Cotrone, Esq.
509 S.E. 9th Street
Suite 1
Fort Lauderdale, FL 33316
*Counsel for Frederick Scarola*

Charles Wender, Esq.
190 West Palmetto Park Road
Boca Raton, FL 33483
*Counsel for Guiseppe Bellitto*

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
*Counsel for Mark Carattini*

Peter Raben, Esq.
200 South Biscayne Blvd.
Suite 5100
Miami, FL 33131
*Counsel for Paul DiFilippi*

Neil Nameroff, Esq.
100 S.E. 2nd Street
Suite 3350
Miami, FL 33131
*Counsel for Anson Klinger*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Charles White, Esq. (CJA)
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133
*Counsel for Peggy Preston*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*

David G. Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, FL 33316
*Counsel for Jacolyn Baruch*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
*Counsel for David Bell*

2