UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SPITALERI,
_____/



FILED by _____ D.C.

JUL 2 7 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER CONTINUING SENTENCING

This matter came before the Court on Government's Unopposed Motion to Continue Sentencing Date. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Government's Motion is GRANTED. The sentencing is rescheduled for **September 26, 2001, at 8:30 a.m.**

DONE AND ORDERED in Miami, Florida this 26th day of July, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Tracey Webb, USPO (Ft. Laud.)

Brian H. Bieber, Esq.
2600 Douglas Road, PH1
Coral Gables, FL 33134