CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
SEP 2 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr    Date 9/21/01
Clerk L. Webb    Reporter D. Ehrlich
USPO _____    Interpreter _____
USPTS _____

AUSA B. McCormick/    Def. Atty. All As represented.
D. Fernandez
United States of America v. McMurne, et al.

Defendant(s): Present ___ Not Present X    In Custody ___
Reason for Hearing Status Conf.

Results of Hearing Rothman & Harris to meet 5 days before status to determine if there is need for conf. & into Ct 2 days prior. Schwartz & Karlow have trial on 2/11 before JAR on DCA v. Arias which conflicts ours. Discussion re copying of docs in SC desk. Gov't & As to work out means of supplying As with docs.
Misc. CSA lead counsel — John Howes re SC docs — to work w/ Jhones to get docs. Howes will inform Court by 10/1 of results of doc discovery.

48