UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6309-CR-SEITZ(S)</u>


UNITED STATES OF AMERICA,

                    Plaintiff,

v.

JOSEPH SPITALERI,

                    Defendant.
_____/



FILED by _____ D.C.

SEP 2 5 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

ORDER

THIS MATTER having come before the Court on the government's
unopposed motion to continue sentencing date.

After careful consideration, it is

ORDERED and ADJUDGED that the government's motion is
GRANTED.  It is further ORDERED that the sentencing shall be held
at 9:00 on 11/13/01                    .

DONE and ORDERED in Chambers at Miami, Florida, this 25ᵏ
day of September, 2001.

                              _____
                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc: AUSA J. Brian McCormick
    AUSA Diana L.W. Fernandez
    Brian H. Bieber, Esq.
    Tracey Webb, USPO, Ft. Laud.