CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.

OCT 11 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

---

Case No. OO-6309-cr          Date 10/10/01

Clerk L. WEBB              Reporter D. Ehrlich

USPO _____          Interpreter _____

USPTS _____

AUSA D Fernandez/          Def. Atty. all As represented
B. McCormick

United States of America v. Dixmone

---

Defendant(s): Present _____   Not Present X   In Custody _____

Reason for Hearing Re Discovery Matters re SC case

Results of Hearing Docs can be returned to Miami
Gov't needs time to get agents up there
+ back by 11/1/01. 3 weeks to do date stamping
approx. 110 boxes
Judge Anderson in S.C. Anderson, SC
Gov't needs to retain some docs in SC
re ancillary proceedings. Gov't to find
Misc. Out if duplicates can be made +
sent down.
Any expenses incurred thru. for w/o approval
of Court to will not be paid thru USA funds
w/ 12 days Gov't to advise court if there
is an index of SC docs done by SC counsel.
Discovery conf between counsel on set for next week.
Pt motions extended to 11/19 - 3 new As only
Gov't resp due by 12/7

68/4