UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-SEITZ

    Plaintiff,

v.

JOSEPH SPITALERI,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT OUT OF TIME

Defendant, **JOSEPH SPITALERI**, by and through undersigned counsel, hereby files this Unopposed Motion for Leave to File Objections to Pre-sentence Investigation Report Out of Time and, in support thereof, the Defendant states as follows:

1. The Pre-sentence Investigation Report was disclosed by Defendant's Probation Officer on September 6, 2001.

2. Defendant's original date for sentencing was September 26, 2001.

3. This Court granted the Government's Unopposed Motion to Continue the Sentencing date to November 13, 2001.

4. Since the parties received the Pre-sentence Investigation Report, they have been engaged in discussions regarding the appropriate enhancements pursuant to the United States Sentencing Guidelines, as set forth in detail in Defendant's Objections to PSI filed simultaneously herewith.

5.   The undersigned attorney has contacted AUSA Diana Fernandez regarding this Motion. AUSA Fernandez advised the Government that she has **no objection** to the relief requested herein.

**WHEREFORE**, Defendant **JOSEPH SPITALERI** respectfully requests this Honorable Court grant his Motion for Leave to File Objections to Pre-sentence Investigation Report Out of Time and such other relief as is just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road
Penthouse One - Douglas Centre
Coral Gables, Florida 33134
Telephone #: (305) 445-5320

By: /s/ Brian H. Bieber
BRIAN H. BIEBER
Florida Bar #: 8140

JOEL HIRSCHHORN
Florida Bar #: 104573

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 8th day of November, 2001, to Brian McCormick, Esq. and Diana Fernandez, Esq., Assistant United States Attorneys, United States Attorney's Office, Central Criminal Section II, 500 East Broward Boulevard, Fort Lauderdale, FL 33394-3002, and to all parties on the attached Service List.

/s/ Brian H. Bieber
BRIAN H. BIEBER

## SERVICE LIST

David Rothman, Esq.
First Union Financial Ctr.
200 S. Biscayne Blvd.
Suite 2690
Miami, FL 33131
(counsel for John Mamone)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 290
Coral Gables, FL 33134
(Counsel for Joseph Silvestri)

Michael Tarre, Esq.
2 So. Biscayne Blvd.
Suite 3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
(Counsel for Mark Carattini)

Jeffrey M. Harris, Esq.
One East Broward Blvd.
Suite 1500
Ft. Lauderdale, FL 33301
(Counsel for David Bell)

Steve Kreisberg, Esq.
3250 Mary St.
Suite 400
Coconut Grove, Fl 33133
(Counsel for Peggy Preston)

John Howes, Esq.
633 S.E. 3rd Ave., Suite 4F
Ft. Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Donald R. Spadaro, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, Fl 33316
(Counsel for Julius Chiusano)

John F. Cotrone, Esq.
509 S.E. 9th Street, Suite 1
Ft. Lauderdale, Fl 33316
(Counsel for Frederick Scarola)

Peter Raben, Esq.
2665 S. Bayshore Dr.
Suite 1206
Coconut Grove, Fl 33133
(Counsel for Paul DiFilippi)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Ft. Lauderdale, FL 33301
(Counsel for Charles Clay)

Philip R. Horowitz, Esq.
12651 S. Dixie Highway
Suite 328
Miami, FL 33156
(Counsel for Mark Weiss)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd.
Miami, FL 33132
(Counsel for David Morgenstern)

Brian L. Tannenbaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Charles Wender, Esq.
190 W. Palmetto Park Road
Boca Raton, Fl 33432
(Counsel for Giuseppe Bellitto)

Neil M. Nameroff, Esq.
100 S.E. 2nd Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Rd.
Beverly Hills, CA 90210
(Counsel for Charles Clay)

David G. Vinikoor, Esq.
420 S.E. 12th Street
Ft. Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)