UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 00-6309-CR-SEITZ |
| Plaintiff, | |
| v. | |
| JOSEPH SPITALERI, | |
| Defendant. | |

### DEFENDANT'S OBJECTIONS TO THE
### PRE-SENTENCE INVESTIGATION REPORT

Defendant, JOSEPH SPITALERI, by and through undersigned counsel, files his Objections to the Pre-Sentence Investigation Report, and, as grounds therefore, states as follows:

**Paragraph 13**: Objection. Defendant's conduct occurred in South Florida, not New York. Moreover, Defendant's only partner was John Pacaro.

**Paragraph 14**: Defendant and Pacaro formed only the following three corporations: Forex Financial Group, World Wide Exchange Corporation and International Forex Exchange.

**Paragraph 16**: Objection. The Government's current estimate of the fraud involved sub judice is approximately $2,000,000.00.[1]

**Paragraph 18**: Objection. Pacaro, not Mamone, introduced Chiusano to Defendant.

**Paragraph 20**: Objection. Chiusano, not Mamone, assisted Spitaleri in negotiating the checks listed herein.

**Paragraph 27**: Objection. Defendant is responsible for laundering approximately

---

[1] The Government is still tabulating this figure. Upon its final analysis, Defendant agrees he

$2,000,000.00 in fraud proceeds during this offense. Moreover, Spitaleri and Pacaro formed three corporations. The Government and Defendant have agreed that Spitaleri should be subject to a three (3) level increase pursuant to U.S.S.G. § 3B1.1(b).

**Paragraph 35**: Objection. Defendant's offense level should be increased by five (5) or six (6) levels (since the value of the funds was approximately $2,000,000.00) pursuant to U.S.S.G. § 2S1.1(b)(2)(F) or (G), pending the Government's final analysis.

**Paragraph 36**: Objection. The Government and Defendant have agreed that Defendant's offense level should be increased by three (3) levels pursuant to U.S.S.G. § 3B1.1(b).

**Paragraph 39**: Objection. Defendant's adjusted offense level should be either 31 or 32.

**Paragraph 43**: Objection. Defendant's total offense level should be either 28 or 29.

**Paragraph 74**: Although Defendant presently has his drug problem under control, Defendant respectfully requests that this Court sentence him pursuant to 18 U.S.C. §3621 and order him to complete a substance abuse program while he is incarcerated in the Bureau of Prisons.

**Paragraph 78**: Defendant did not operate Trump Financial nor did he operate International Mercantile Corporation (IMC). Moreover, Defendant did work in the office located in Hallandale, but Joe Finkelstein "ran the day to day operations of the business."

**Paragraph 96**: Objection. Defendant's plea of guilty in his pending case before Judge Zloch (Case No. 6206) is counted as his "second criminal history point." Accordingly, Defendant respectfully requests this Court sentence him in the criminal history category I range. U.S.S.G. § 4A1.3; U.S.S.G. § 5H1.8; United States v. Orozco, 121 F.3d 628 (11th Cir. 1997); United States v. Delgado-Reyes, 245 F.3d 20 (1st Cir. 2001); United States v. Wilkes, 130 F.Supp.2d 222 (D. Mass.

---

should be sentenced pursuant to U.S.S.G. § 2S1.1(b)(2)(F) or (G).

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

2001). Based on a total offense level of 28 or 29 and a criminal history category of I, the guideline imprisonment range is 78-97 months or 87-108 months.

**Paragraph 105**: Defendant anticipates the Government will file a motion for downward departure pursuant to U.S.S.G. § 5K1.1. Moreover, Defendant believes a modest downward departure pursuant to U.S.S.G. §§ 5H1.6 (Family Ties and Responsibilities) is applicable and a modest downward departure pursuant to 5K2.0 (Extraordinary Acceptance of Responsibility) may be warranted.

                                          Respectfully submitted,

                                          HIRSCHHORN & BIEBER, P.A.
                                          Attorneys for Defendant SPITALERI
                                          2600 Douglas Road, Penthouse One
                                          Coral Gables, FL  33134
                                          Tel: (305) 445-5320 / Fax: (305) 446-1766

By: _____
                                          BRIAN H. BIEBER
                                          Florida Bar No. 8140

                                          JOEL HIRSCHHORN
                                          Florida Bar No. 104573

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of November, 2001, to Brian McCormick, Esq. and Diana Fernandez, Esq., Assistant United States Attorneys, United States Attorney's Office, Central Criminal Section II, 500 East Broward Boulevard, Fort Lauderdale, FL 33394-3002, and to all parties on the attached Service List.

_____
BRIAN H. BIEBER

4

## SERVICE LIST

David Rothman, Esq.
First Union Financial Ctr.
200 S. Biscayne Blvd.
Suite 2690
Miami, FL 33131
(counsel for John Mamone)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 290
Coral Gables, FL 33134
(Counsel for Joseph Silvestri)

Michael Tarre, Esq.
2 So. Biscayne Blvd.
Suite 3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
(Counsel for Mark Carattini)

Jeffrey M. Harris, Esq.
One East Broward Blvd.
Suite 1500
Ft. Lauderdale, FL 33301
(Counsel for David Bell)

Steve Kreisberg, Esq.
3250 Mary St.
Suite 400
Coconut Grove, Fl 33133
(Counsel for Peggy Preston)

John Howes, Esq.
633 S.E. 3rd Ave., Suite 4F
Ft. Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Donald R. Spadaro, Esq.
1000 S. Federal Highway
Suite 103
Ft. Lauderdale, Fl 33316
(Counsel for Julius Chiusano)

John F. Cotrone, Esq.
509 S.E. 9th Street, Suite 1
Ft. Lauderdale, Fl 33316
(Counsel for Frederick Scarola)

Peter Raben, Esq.
2665 S. Bayshore Dr.
Suite 1206
Coconut Grove, Fl 33133
(Counsel for Paul DiFilippi)

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Ft. Lauderdale, FL 33301
(Counsel for Charles Clay)

Philip R. Horowitz, Esq.
12651 S. Dixie Highway
Suite 328
Miami, FL 33156
(Counsel for Mark Weiss)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd.
Miami, FL 33132
(Counsel for David Morgenstern)

Brian L. Tannenbaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Charles Wender, Esq.
190 W. Palmetto Park Road
Boca Raton, Fl 33432
(Counsel for Giuseppe Bellitto)

Neil M. Nameroff, Esq.
100 S.E. 2nd Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Rd.
Beverly Hills, CA 90210
(Counsel for Charles Clay)

David G. Vinikoor, Esq.
420 S.E. 12th Street
Ft. Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)