UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(S)

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSEPH SPITALERI,
    Defendant.
_____/



FILED by _____ D.C.
NOV 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

          Respectfully submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

      By: _____
        J. BRIAN McCORMICK
        ASSISTANT UNITED STATES ATTORNEY
        Court I.D. #A5500084
        500 E. Broward Blvd., 7th Floor
        Fort Lauderdale, Florida 33394
        Telephone: (954) 356-7392
        Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

    I HEREBY certify that a true and correct copy of the foregoing was hand delivered this 13th day of November, 2001, to:

Brian H. Bieber, Esquire
(Counsel for Joseph Spitaleri)

_____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY