CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
NOV 15 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

Case No. 00-6309-Cr  Date 11/12/01
Clerk L. Webb  Reporter D. Ehrlich
USPO T. Webb  Interpreter _____
USPTS _____

AUSA B. McCormick, Diane Fernandez  Def. Atty. P. Bieber

United States of America v. Joseph Spitaleri

---

Defendant(s): Present X   Not Present _____   In Custody No
Sentence 58 mos.
Supervised Release 3 years
Special Conditions of SR ① Substance abuse trmt prog. ② submit to search ③ no securities business or telemarket ④ self employment approval ⑤ no further debt ⑥ no association with organized crime ⑦ financial disclosure ⑧ 300 hours Comm. Serv.
Fine $ 0   Special Assessment $ 100.00
Advised of right to appeal Yes (waived)
Recommendations to BOP Drug trmt pursuant to 18 USC 3621 Miami Camp.

Misc. Restitution $ hrg set for 1/8/02 @ 9:00
5K1.1 motion granted
Surrender 2/1/02
Remaining counts dismissed.