UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,           CASE NO. 00-6309-CR-SEITZ

           Plaintiff,
v.

JOSEPH SPITALERI,

           Defendant.
_____/

FILED by ___ D.C.
NOV 1 5 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT OUT OF TIME

THIS CAUSE, having come before the Court upon Defendant's Unopposed Motion For Leave to File Objections to Pre-Sentence Investigation Report Out of Time, and the Court being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that said Motion be, and the same is hereby granted.

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida, this 13th day of November, 2001.

                              _____
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record