UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         Case No. 00-6309-CR-PAS

    v.                              MIAMI, FLORIDA
                                November 13, 2001
                                VOLUME I
                                PAGES 1 TO 26
JOSEPH SPITALERI

SENTENCE HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

[FILED by ___ D.C. APPEAL    JAN - 9 2002    CLARENCE MADDOX    CLERK, U.S. DIST. CT.    S.D. OF FLA. MIAMI]

APPEARANCES:

FOR THE GOVERNMENT:

        BRIAN MC CORMICK, ESQ.
        DIANA L.W. FERNANDEZ, ESQ.
        Assistant United States Attorneys
        500 E. Broward Boulevard, 7th Floor
        Ft. Lauderdale, FL 33394-3002

FOR THE DEFENDANT:

        BRIAN H. BIEBER, ESQ.
        HIRSCHHORN & BIEBER
        Douglas Centre
        2600 Douglas Road - Penthouse 1
        Coral Gables, FL 33134

REPORTED BY:    DAVID S. EHRLICH, RPR
               Official Court Reporter
               301 N. Miami, Room 504
               Miami, Florida 33128-7788
               (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).