UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SPITALERI,
_____/



## NOTICE TO PARTIES

Please take notice that, upon reflection, the Court has determined that the most efficient manner to pay the restitution is to pay first those 30 victims who are owed $3,007 or less. The Court will instruct the U.S. Attorney's Office and Deputy Financial Clerk to develop a payment plan for the remaining victims on a prorata basis, in the most cost-effective and administratively efficient manner, provided a payment is made to the victims at least once per year. **The parties are instructed to contact this Court no later than 4:00 p.m. today, January 11, 2002, if they have any objections to this notice.**

DONE AND ORDERED in Miami, Florida this 11th day of January, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Diana Fernandez, AUSA
Brian Bieber, Esq.

