CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
JAN 11 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA - MIAMI

Case No. 00-6309-Cr          Date 1/9/02
Clerk L. Webb               Reporter D. Ehrlich
USPO                         Interpreter
USPTS

AUSA D. Fernandez            Def. Atty. B. Bieber

United States of America v. Joseph Spitaleri

Defendant(s): Present  X    Not Present _____    In Custody No
Reason for Hearing  Restitution hearing

Results of Hearing  Court provides list of victims + amounts, totalling $1,757,438.17 - 45. 16 victims requested additional sums for interest + attorney's fees. Court believes these victims have civil remedies they can pursue. $5,000 + under to be paid 1st.

Misc. Remainder to be paid prorata. Any and all counts seized be transferred to restitution fund. $25,000 cash, coin + jewelry seized from Spitaleri be transferred to restitution fund. $100 per month to be paid to restitution until surrender.
Surrender date extended to 4/15/02.

810/w