UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,                    CASE NO.  00-6309-CR-SEITZ

        Plaintiff,

v.

JOSEPH SPITALERI,

        Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND SURRENDER DATE

Defendant, JOSEPH SPITALERI, by and through undersigned counsel, and pursuant to S.D. Fla. L.R. 7.1(E), files his Unopposed Motion to Extend Surrender Date, and, as grounds therefor, states:

1.     On November 13, 2001, Defendant was sentenced to fifty-eight (58) months imprisonment followed by three years supervised release.

2.     Defendant was ordered to voluntarily surrender to the Bureau of Prisons on or before April 15, 2002, as he is scheduled to testify at trial in this case.

3.     Defendant has been advised by the Government that trial in this cause has been continued from February, 2002 to May 6, 2002.

4.     Defendant respectfully requests this Court grant his Motion for a sixty-day (60) extension of time to permit him to surrender to the Bureau of Prisons, as he is scheduled to testify at trial in this cause.

5.    The undersigned has contacted Assistant United States Attorney Diana Fernandez with respect to this Motion.  Ms. Fernandez advised the Government has **no objection** to the relief requested herein.

**WHEREFORE**, Defendant, **JOSEPH SPITALERI**, requests this Court grant his Unopposed Motion for Sixty Day Extension of Time to Surrender up to and including June 15, 2002, and grant such other and further relief as is just and proper.

Respectfully submitted,

HIRSCHHORN & BIEBER, P.A.
Attorneys for Defendant
2600 Douglas Road
Penthouse One - Douglas Centre
Coral Gables, Florida 33134
Telephone #: (305) 445-5320

By:

BRIAN H. BIEBER
Florida Bar No. 8140

JOEL HIRSCHHORN
Florida Bar No. 104573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this ___ day of March, 2002, to Brian McCormick, Esq. and Diana Fernandez, Esq., Assistant United States Attorneys, United States Attorney's Office, Central Criminal Section II, 500 East Broward Boulevard, Fort Lauderdale, FL 33394-3002.

BRIAN H. BIEBER

HIRSCHHORN & BIEBER, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766