UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             Case 00-6309-CR-PAS

   v.                                MIAMI, FLORIDA
                                                 January 9, 2002    FILED by _____ D.C.
                                                 VOLUME I           APPEAL
                                                 PAGES 1 TO 25      MAR 2 1 2002

JOSEPH SPITALERI
                                                                        CLARENCE MADDOX
                                                                        CLER U.S. DIST. CT.
                            RESTITUTION HEARING        S.D. OF FLA. - MIAMI
                BEFORE THE HON. PATRICIA A. SEITZ, J.
                     UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

                DIANA FERNANDEZ, ESQ.
                500 E. Broward Boulevard - 7th Floor
                Ft. Lauderdale, FL 33394-3002

FOR THE DEFENDANT:

                BRIAN H. BIEBER, ESQ.
                HIRSCHHORN & BIEBER
                Douglas Centre
                2600 Douglas Road, Penthouse 1
                Coral Gables, FL 33134




REPORTED BY:     DAVID S. EHRLICH, RPR
                Official Court Reporter
                301 N. Miami, Room 504
                Miami, Florida 33128-7788
                (305) 523-5537



Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription (CAT).