UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,              CASE NO. 00-6309-CR-SEITZ

    Plaintiff,
v.

JOSEPH SPITALERI,

    Defendant.
_____/

FILED by ___ D.C.
MAR 2 2 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXTEND SURRENDER DATE

**THIS CAUSE** having come on to be heard upon Defendant's Unopposed Motion to Extend Surrender Date, and the Court having considered said Motion, and being otherwise fully informed of the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion is _Granted_.

Defendant shall surrender on June 15, 2002.

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida, this 22nd day of March, 2002.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Brian H. Bieber, Esq.
Diana Fernandez, AUSA
U.S. Pretrial Services
U.S. Marshal
U.S. Bureau of Prisons