USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                                                 Page 2 of 6

DEFENDANT: JOSEPH SPITALERI
CASE NUMBER: 00-6309-CR-SEITZ/014

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **58 Months**.

The Court recommends to the Bureau of Prisons:

> Defendant should participate in the drug treatment program pursuant to 18 U.S.C. 3621. Defendant should be placed at FCI Miami.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on April 15, 2002.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  6/14/02  to  BOP FCI Miami

at  Miami FL  , with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By: Tina Nolan, Lt
~~Deputy U.S. Marshal~~

1067
BO

USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                         Page 1 of 6

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

UNITED STATES OF AMERICA         AMENDED JUDGMENT IN A CRIMINAL CASE
                                 (For Offenses Committed On or After November 1, 1987)

v.                                        Case Number: 00-6309-CR-SEITZ/014

**JOSEPH SPITALERI**

Counsel For Defendant: Brian Bieber, Esq.
Counsel For The United States: Diana Fernandez, AUSA
Court Reporter: David Ehrlich

FILED by _____ D.C.
JAN 1 1 2002
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S. D. OF FLA. MIAMI

The defendant pleaded guilty to Count One of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 1962(d) | Conspiracy to violate RICO | October 2000 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts remaining as to this Defendant are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.  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
Defendant's Date of Birth: 5/28/1954
Deft's U.S. Marshal No.:  18642-004

Defendant's Mailing Address:
634 North Luna Court
Hollywood, FL 33021

Defendant's Residence Address:
634 North Luna Court
Hollywood, FL 33021

Date of Imposition of Sentence:
November 13, 2001

PATRICIA A. SEITZ
United States District Judge

January 11, 2002

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 1/11/02