USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal Case

DEFENDANT: JOSEPH SPITALERI
CASE NUMBER: 00-6309-CR-SEITZ/014

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **58 Months**.

The Court recommends to the Bureau of Prisons:

> Defendant should participate in the drug treatment program pursuant to 18 U.S.C. 3621. Defendant should be placed at FCI Miami.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on February 11, 2002.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant v/s on 6/14/02 to BOP FCI Miami

at Miami, FL , with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By: Tina Nolan
~~Deputy U.S. Marshal~~

1068
m

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6309-CR-SEITZ/014 |
| JOSEPH SPITALERI | Counsel For Defendant: Brian Bieber, Esq.<br>Counsel For The United States: Diana Fernandez, AUSA<br>Court Reporter: David Ehrlich |

FILED by _____ D.C.

NOV 1 6 2001

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The defendant pleaded guilty to Count One of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 1962(d) | Conspiracy to violate RICO | October 2000 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts remaining as to this Defendant are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 5/28/1954
Deft's U.S. Marshal No.: 18642-004

Defendant's Mailing Address:
634 North Luna Court
Hollywood, FL 33021

Defendant's Residence Address:
634 North Luna Court
Hollywood, FL 33021

Date of Imposition of Sentence:
November 13, 2001

_____
PATRICIA A. SEITZ
United States District Judge

November 15, 2001

Certified to be a true and correct copy of the document on file.
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11/16/01