UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6309-CR-SEITZ

    Plaintiff,

v.

JOSEPH SPITALERI,

    Defendant.
_____/

FILED by _____ D.C.
OCT 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER ON DEFENDANT'S UNOPPOSED
## MOTION TO MODIFY PRESENTENCE INVESTIGATION REPORT

**THIS CAUSE** having come on to be heard upon Defendant's Unopposed Motion to Modify Presentence Investigation Report, and the Court having considered said Motion, and being otherwise fully informed of the premises, it is hereby

**ORDERED AND ADJUDGED** that said Motion is hereby **GRANTED.** Paragraph seventy one (71) Defendant's Presentence Investigation Report shall be modified to state as follows: "at age 44, from October 1999, through April 1, 2000, the Defendant had another relapse and snorted heroin daily until stopping after about six months."

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida, this 21st day of October, 2002.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Brian H. Bieber, Esq.
Brian McCormick, AUSA
Diana Fernandez, AUSA
Tracey L. Webb, USP

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. **Orders should include a full service list.**

1