UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SPITALER,
_____/



### ORDER SETTING RULE 35 HEARING

This matter came before the Court on the Government's Motion to Reduce Sentence. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that this matter is set for hearing on **May 13, 2003, at 8:30 a.m.** If the cooperation has not been completed by this date, the Government shall notify the Court and request a continuance.

DONE AND ORDERED in Miami, Florida this 13th day of November, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Brian Bieber, Esq., 2600 Douglas Rd., PH1, Coral Gables, FL 33134
U.S. Probation