UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSEPH SPITALERI,
_____/

### ORDER RESETTING RULE 35 HEARING

PLEASE TAKE NOTICE that the hearing on the Government's Motion to Reduce Sentence is reset to **March 27, 2003, at 3:00 p.m.**

DONE AND ORDERED in Miami, Florida this 12th day of March, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Brian Bieber, Esq., 2600 Douglas Rd., PH1, Coral Gables, FL 33134
U.S. Probation