CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by _____ D.C.
MAR 28 2003
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr        Date 3/27/03
Clerk L. Webb             Reporter D. Ehrlich
USPO D. Speces            Interpreter _____
USPTS _____

AUSA D. Fernandez         Def. Atty. Brian Bieber

United States of America v. Joseph Spitaleri

Defendant(s): Present _____   Not Present  X   In Custody _____
Reason for Hearing  Rule 35

Results of Hearing  Sentence reduced to 43 months. All other provisions remain in effect.

Misc. _____