UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

JOSEPH SPITALERI,
Reg. No. 18642-005
_____/



### ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING JUDGMENT

THIS MATTER having come before the Court upon the Government's Motion for Reduction of Sentence imposed as to the Defendant, Joseph Spitaleri, pursuant to Rule 35(b), Federal Rules of Criminal Procedure, as amended. The Court having reviewed said motion, heard argument of counsel, and being fully advised as to the facts and circumstances of this case, it is

ORDERED AND ADJUDGED that the Government's Motion for Reduction of the Sentence imposed as to the Defendant, Joseph Spitaleri, is hereby **GRANTED**, it being further

ORDERED AND ADJUDGED that the Amended Judgment in a Criminal Case, entered January 11, 2002, is hereby **AMENDED**, as follows:

> "...The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Forty Three (43) months**."

it being further

**ORDERED AND ADJUDGED** that all other provisions of the Amended Judgment in a Criminal Case, entered January 11, 2002, shall remain in full force and effect.

**DONE AND ORDERED**, in Miami, Florida, this 28th day of March, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Diana Fernandez, AUSA
Brian Bieber, Esq.
Bureau of Prisons
U.S. Marshals Service
U.S. Probation Office