1

```
                                          FILED by _____ D.C.
                                              APPEALS
         UNITED STATES DISTRICT COURT       FEB 24 2006
         SOUTHERN DISTRICT OF FLORIDA       CLARENCE MADDOX
                                            CLERK U.S. DIST. CT.
                                            S.D. OF FLA. - MIAMI
```

UNITED STATES OF AMERICA            Case No. 00-6309-CR-PAS

   v.                               MIAMI, FLORIDA
                                    April 27, 2005
                                    VOLUME I

                                    PAGE 1 TO 33
JEFFREY BASS


                  FINAL REVOCATION HEARING
          BEFORE THE HON. PATRICIA A. SEITZ, J.
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

                   MICHAEL J. DITTO, ESQ.
                   Assistant United States Attorney
                   99 N.E. 4th Street
                   Miami, FL  33132

FOR THE DEFENDANT:

                   MICHAEL S. TARRE, ESQ.
                   Suite 3700 - 1 biscayne tower
                   2 South Biscayne Boulevard
                   Miami, FL  33131-1806




REPORTED BY:       DAVID S. EHRLICH, RPR
                   Official Court Reporter
                   301 N. Miami, Room 504
                   Miami, Florida 33128-7788
                   (305) 523-5537


Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).