PARMINDER SINGH CHADDA
2340 SW. Waterfall Drive   00-6309-CR-Seitz
Lee's Summit, MO 64081

March 26, 2007.



United States District Court
   Office of the Clerk
301 N. Miami., Financial
Miami, Florida 33128 - 7788

Dear Madam/Sir,
Re:- USA vs. JOSEPH SPITALERI   1:00-CR-006309:REST SPITA
Re:- Change of Address.                         00979630

   I shall be grateful if you note down my new address which is as following:-
PARMINDER SINGH CHADDA
2340 SW. WATERFALL DRIVE
LEE'S SUMMIT
MO 64081
My previous address was, 1339 Linden Street, Napa, CA 94559.

   Thanking you.

   Sincerely,
   P. S. Chadda.